**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6005**

---

ROBERT LEON BUCKNER; VICKI LORRAINE WHITE,

Plaintiffs - Appellants,

and

GERALD DAVIS FULLER; MAURICE LIVELY; ALLEN
EDWARD MAPP; JAMES MOYER; KEVIN FARROW; DANIEL
GARDNER; PAUL LEO DAVIS; GARY IRELAND; MATHEW
PORTER; JOHN TRACY COURTNEY; DELMAR PATRICK;
JAMES HARRISON; GEORGE SAMS; CLARENCE PRUITT;
MARK MCMILLAN; SHANE MCCALLUM; CLINT MYERS;
STEVEN BRADLEY,

Plaintiffs,

versus

WARDEN, Eastern Correctional Institution;
WARDEN, Maryland Correctional Institution for
Women; COMMISSIONER OF CORRECTION,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
95-3476-S)

---

Submitted: March 21, 1996          Decided: April 16, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

Robert Leon Buckner, Vicki Lorraine White, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's order denying relief on their 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Buckner v. Warden</u>, No. CA-95-3476-S (D. Md. Dec. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>